**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 01-cv-00075 –EWN-PAC

ORIN LOOS and TIMOTHY J. THOMPSON,

    Plaintiffs,

vs.

LEVEL 3 COMMUNICATIONS, LLC,
WILTEL COMMUNICA-TIONS, LLC f/k/a/WILLIAMS COMMUNICATIONS, INC.,
SPRINT NEXTEL CORPORATION f/k/a SPRINT CORPORATION,
and UNION PACIFIC RAILROAD COMPANY,

    Defendants.

## ORDER TO DISMISS PLAINTIFF THOMPSON

Pursuant to F.R.Civ.P. 41(a)(1)(ii), Plaintiff Timothy J. Thompson is hereby dismissed with prejudice from this case, and the Clerk of Court shall so note on the docket. Each party shall bear its own costs.

Dated: December 13, 2005

                                    BY THE COURT:

                                    s/ Edward W. Nottingham
                                    EDWARD W. NOTTINGHAM
                                    United States District Judge