IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-00075-EWN-PAC

ORIN LOOS and TIMOTHY J. THOMPSON, for themselves and all others similarly situated,

    Plaintiffs,

v.

LEVEL 3 COMMUNICATIONS, LLC
WILLIAMS COMMUNICATIONS, INC.
SPRINT CORPORATION, and
UNION PACIFIC RAILROAD,

    Defendants
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Unopposed Motion to Amend Complaint and Join Party [filed December 15, 2005; Doc. No. 106] is **GRANTED.**

    IT IS **ORDERED** that counsel shall electronically file the Amended Class Action Complaint and Demand for Jury Trial and Joinder of Defendant with the Court on or before **December 21, 2005.**

    IT IS **ORDERED** that service on Sprint and Sprint Nextel is due **December 30, 2005.**

    IT IS **FURTHER ORDERED** that those defendants' answers or other responses are due on or before **January 10, 2006.**

Dated:  December 19, 2005