# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-00075-EWN-PAC

ORIN LOOS,

                              Plaintiff,

VS.

LEVEL 3 COMMUNICATIONS, LLC,
WILTEL COMMUNICATIONS, LLC fka WILLIAMS COMMUNICATIONS, INC.,
SPRINT NEXTEL CORPORATION fka SPRINT CORPORATION,
SPRINT COMMUNICATIONS COMPANY, LP,
and UNION PACIFIC RAILROAD COMPANY,

                              Defendants.

---

## [PROPOSED] ORDER TO CORRECT NAME OF DEFENDANT

---

The Court, having reviewed the Parties' Motion and being fully advised in the premises, hereby GRANTS the Motion [Doc. #124] as following:

1. The Clerk of Court shall correct the docket so Defendant is correctly listed as Sprint Communications Company, LP, **not** Sprint Communications Corporation, L.P. as incorrectly listed in the Amended Complaint filed December 21, 2005 and thereafter.

Dated: 31 January 2006

                                          s/ Patricia A. Coan
                                          U.S. Magistrate Judge