# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-00075-EWN - PAC

ORIN LOOS,

    Plaintiff,

vs.

LEVEL 3 COMMUNICATIONS, LLC, et al.

    Defendants.

## ORDER TO DISMISS CASE WITHOUT PREJUDICE

Pursuant to F.R.Civ.P. 41(a)(1)(ii), and in accordance with the Parties' filed stipulation, this Court hereby grants a dismissal without prejudice of all claims asserted by Plaintiff in the action, and the Clerk of Court shall so note on the docket.  Each party shall bear its own costs.

Dated:  February 8, 2005

                                                   s/ Edward W. Nottingham
                                                   EDWARD W. NOTTINGHAM
                                                   United States District Judge